ATLANTIC COAST LINE RAILROAD, Appellant, v. Jane Carter GRAVES, Executrix, etc., Appellee.

No. 10466.

Circuit Court of Appeals, Sixth Circuit.

Oct. 16, 1947.

Miller, Martin, Hitching & Tipton, of Chattanooga, Tenn., for appellant.

Frazier & Roberts, of Chattanooga, Tenn., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and arguments of counsel, and the court being of opinion that there was substantial evidence to sustain the verdict of the jury, and that there is no reversible error upon the record, it is ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.

John W. GLIDEWELL v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 3516.

Circuit Court of Appeals, Tenth Circuit.

Sept. 18, 1947.

Bryan L. Whitehead, of Denver, Colo., for appellant.

Randolph Carpenter, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed for the reason that order appealed from was not a final or appealable order.

Edwin GOEBEL, Doing Business under the Trade-Name of Goebel Motors, Appellant, v. Donald BOESE.

No. 13636.

Circuit Court of Appeals, Eighth Circuit.

Sept. 25, 1947.

Lyche & Lyche, of Grand Forks, N. D., for appellant.

T. H. H. Thoresen, of Grand Forks, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.